IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | NO. 3:05-CR-64 |
| | : | |
| LOUIS PAGNOTTI, III, | : | JUDGE VANASKIE |
| | : | |
| Defendant. | : | |

**Joint Report of Discovery Meeting
Between the Prosecution and Defense**

The following is a report of the discovery meeting between Government Counsel (Gordon A.D. Zubrod), and Defense Counsel (Daniel T. Brier, Donna A. Walsh and Patrick A. Casey):

Meeting

1. On March 4, 2005 the above counsel met at the United States Attorney's Office in Harrisburg, Pennsylvania pursuant to paragraph 2 of the Court's pre-trial practice order.

Disclosure by Government

2. Government's counsel prepared in advance a cover letter, index, 38 pages of Grand Jury testimony of the Defendant, and 569 pages of records related to

the Government's proof in its case-in-chief. All of those items were provided to the Defense.

Matters Agreed Upon

3. Counsel discussed the remaining items of discovery which the Government will provide once it becomes available to the Assistant United States Attorney. Those items are as follows: (1) Statement made by the Defendant to the Government agents on the date that a Grand Jury subpoena was served upon the Defendant; (2) audio tapes of conversations between Jessica Doncses and Frank Pavlico and Jessica Doncses and Louis Pagnotti.

Areas Of Potential Dispute

4. The Defense anticipates that a motion to dismiss the Indictment as a result of the use of immunized testimony will likely be filed. Consequently, although normally not discoverable, the Defense requests the disclosure of the testimony of all witnesses presented to the Indicting Grand jury.

Currently, the Government asserts that this testimony is not discoverable (Jencks), and will await the Defendant's pre-trial motions.

>Respectfully submitted,
>
>/s/ Patrick A. Casey
>Patrick A. Casey
>I.D. # 50626
>pcasey@mbklaw.com
>Daniel T. Brier
>I.D. # 53248
>dbrier@mbklaw.com
>
>Attorneys for Defendant,
>Louis Pagnotti, III

MYERS, BRIER & KELLY, L.L.P.
425 Spruce St., Suite 200
Scranton, PA 18503
(570) 342-6100

Date: March 14, 2005

# **CERTIFICATE OF SERVICE**

I, PATRICK A. CASEY, hereby certify that a true and correct copy of Joint Report of Discovery Meeting Between the Prosecution and Defense was served upon all counsel of record by electronic mail on this 14th day of March, 2005, to the following:

>Gordon A.D. Zubrod, Esquire
>U.S. Attorney's Office
>228 Walnut Street
>Harrisburg, PA   17108-1754


>/s/ Patrick A. Casey