IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA, | : | |
| --- | --- | --- |
| | : | |
| v. | : | NO. 3:05-CR-64 |
| | : | |
| LOUIS PAGNOTTI, III, | : | JUDGE VANASKIE |
| | : | |
| Defendant. | : | ELECTRONICALLY FILED |

## BRIEF IN SUPPORT OF MOTION TO DISMISS MISPRISION COUNT

In Counts Twenty and Seventeen of the Superseding Indictments (Docs. 57 & 116) the prosecution charges Defendant Louis Pagnotti, III ("Mr. Pagnotti") with a violation of 18 U.S.C. § 4, or misprision of a felony.

Mr. Pagnotti's constitutional privilege against self incrimination precludes any duty to report, and nullifies the application of the statute cited. United States v. Kuh, 541 F.2d 672 (7th Cir. 1976).

Wherefore, Mr. Pagnotti respectfully requests that this Honorable Court dismiss Count Seventeen of the Superseding Indictment of November 8, 2006

(Doc. 116) and Count Twenty of the Superseding Indictment of May 17, 2006 (Doc. 57).

                                Respectfully submitted,

                                /s/ Patrick A. Casey
                                Patrick A. Casey, Esquire
                                Daniel T. Brier, Esquire

                                Attorneys for Defendant,
                                Louis Pagnotti, III

MYERS, BRIER & KELLY, L.L.P.
Suite 200, 425 Spruce Street
Scranton, PA  18503
(570) 342-6100

Date:   January 5, 2007

# CERTIFICATE OF SERVICE

      I, PATRICK A. CASEY, ESQUIRE, hereby certify that a true and correct copy of the foregoing Brief in Support of Motion to Dismiss Misprison Count was served upon the following counsel of record by electronic mail on this 5th day of January, 2007:

      Gordon A. Zubrod, Esquire
      U.S. Attorney's Office
      228 Walnut Street
      Harrisburg, PA   17108-1754


                /s/ Patrick A. Casey